# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| HUMANA INC., <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., et al., <br><br> Defendants. | M.D. Fla. Case No. <br> 6:21-cv-72-Orl-41DCI |

## EXPEDITED MOTION TO QUASH OR MODIFY SUBPOENA

This is an expedited action pursuant to Rule 45(d)(3)(A) by third-party witness Fran Gregory to quash a subpoena served by Teva Pharmaceuticals USA, Inc. and Teva Neuroscience, Inc. on November 30, 2022 in the above-captioned case pending in the U.S. District Court for the Middle District of Florida (Orlando Division). Ms. Gregory hereby moves the Court to quash or modify the subpoena. The subpoena commands the deposition of Ms. Fran Gregory, a resident of the Southern District of Ohio, by videoconference on December 9, 2022 at 10 AM ET. For the reasons provided in the accompanying Memorandum, the subpoena must be quashed or modified under Federal Rule Civil Procedure 45(d)(3)(A)(i) and (iv) because it fails to allow a reasonable time to comply and subjects Ms. Gregory, a former employee of Humana and a non-party to this case, to undue burden.

Dated: December 7, 2022	Respectfully submitted,

                                            */s/ Joseph Ashbrook*

Joseph P. Ashbrook (0091279)
Ashbrook Byrne Kresge, LLC
PO Box 8248
Cincinnati, Ohio 45249
Tel: (513) 582-7424
Fax: (513) 216-9882
jpashbrook@ashbrookbk.com

Scott C. Solberg (*pro hac vice forthcoming*)
Benjamin E. Waldin (*pro hac vice forthcoming*)
EIMER STAHL LLP
224 South Michigan Ave., Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
Email: ssolberg@eimerstahl.com
        bwaldin@eimerstahl.com

*Attorneys for Movant Fran Gregory*

## CERTIFICATE OF SERVICE

I certify that on December 7, 2022, a true and correct copy of the foregoing will be served on all counsel of record via electronic email.

<u>/s/  Benjamin E. Waldin</u>